1  Ivy McCray, SBN 245927
   Law Offices of Ivy McCray
2  829 - 61st Street
   Oakland, CA 94608
3  Tel: 510-653-4900
   Fax: 510-450-0891
4
5  Attorney for Petitioner
   Lavarius J. McCord
6
7
8
9                    UNITED STATES FEDERAL COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12 | Lavarius McCord                 | Case No. C07-5217 CRB
13 |                                 |
   | v.                              | ORDER TO STAY AND ABEYANCE OF
14 |                                 | PETITIONER'S WRIT FOR HABEAS CORPUS
15 |
   | Warden of Calipatria, State Prison,
16 |
   | State of California
17
18
19       Petitioner, Lavarius J. McCord, has filed a Habeas Corpus Writ with this Court
20 requesting a stay of review. Pursuant to a court order issued by this Court, petitioner has
21 filed an application to stay and abey review of his federal writ while a pending state habeas
22 corpus containing the same claims in the California Supreme Court has been decided.
23       The Court has considered the papers submitted in support of a stay and abeyance.
24 After due deliberation, this Court has determined that the actions in both courts are
25 essentially identical, the action pending in the California Supreme Court was the first filed
26 action, and that the principles of comity and judicial efficiency call for this Court to stay all
27 proceedings in this action until that previously filed-action is determined.  Therefore,
28

IT IS ORDERED that:

1. The motion for a stay is GRANTED;

2. This case is STAYED pending the final judgment or other final disposition of the case of Lavarius J. McCord v. Warden of Calipatria State Prison, Action No. S 154343 now pending in the California Supreme Court;

3. Any exhausted claims contained in the federal habeas corpus petition are ABEYED; and,

4. On final order of the state filed action, petitioner may apply to this Court to reopen proceedings to determine any matter not resolved by the decision in the previously filed action.

DATED:_____

_____
U.S. DISTRICT JUDGE