Ivy McCray, SBN 245927
Law Offices of Ivy McCray
829 - 61st Street
Oakland, CA 94608
Tel: 510-653-4900
Fax: 510-450-0891

Attorney for Petitioner
Lavarius J. McCord

# UNITED STATES FEDERAL COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavarius McCord | Case No. C07-5217 CRB |
| v. | DECLARATION OF IVY McCRAY IN SUPPORT APPLICATION TO STAY AND ABEY PETITIONER S WRIT FOR HABEAS CORPUS |
| Warden Scribner of Calipatria, State Prison, State of California | |

I, Ivy McCray, declare as follows:

1. I am an attorney and a member of bar of this court. I am also the attorney for Lavarius J. McCord, Petitioner. I am familiar with all of the pleadings and proceedings in this matter.

2. I submit this declaration in support of an order to Stay and Abey a Habeas Corpus Writ filed with this Court under the abstention doctrine between federal courts and state courts.

3. I have committed numerous hours to the preparation, investigation, and completion of a writ of habeas corpus that was filed in the California Supreme Court in order to

      exhaust all claims which affected petitioner's constitutional rights to a fair trial in the Superior Court of Contra Costa County.

4. The California Supreme Court has not ruled on the unexhausted claims and the action is pending, and are substantially further along in the process towards a decision than the present court. Any proceedings at this time would create substantial duplication of effort and unnecessary expense on the parties.

5. The federal writ of habeas corpus, brought pursuant to 28 U.S.C. section 2254 is predicated on the identical claims made in the state court action which are presently unexhausted. It is essential that the state court has the opportunity to review and decide on the claims; otherwise unexhausted claims are subject to dismissal by this Court.

6. Given the constitutional violations are more apparent in the unexhausted claims, a stay and abeyance of the writ before this Court is essential, to allow the claims to be exhausted by the highest court in the state, and to prevent a forfeiture of future proceeding in the federal court.

I declare the foregoing is true and correct subject to perjury under the laws of the State of California. Executed this _____ day of November at Oakland, California.

                                                                         _____
                                                                               Ivy McCray