United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARIUS JERMAINE MCCORD,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.                              / | No. C 07-05217 CRB<br><br>**ORDER STAYING PETITION FOR HABEAS CORPUS** |

Now pending before the Court is the petition for writ of habeas corpus of Lavarius Jermaine McCord. In response to the Court's Order To Show Cause, petitioner has demonstrated good cause for staying this action pending his exhaustion of remedies before the California Supreme Court. In particular, petitioner has demonstrated good cause for his initial failure to exhaust in state court and has demonstrated that his claims currently before the California Supreme Court are potentially meritorious.

Accordingly, petitioner's motion for a stay is GRANTED and this action is STAYED pending final judgment or other final disposition of <u>Lavarius J. McCord v. Warden of Calipatria State Prison</u>, Action No. S 154343, currently pending before the California Supreme Court. Any exhausted claims contained in the federal habeas corpus petition are ABEYED.

This case will be administratively closed pending petitioner's exhaustion of his state claims. Within 30 days of the state court's final disposition of his claims petitioner shall file a motion to reopen these proceedings, should petitioner wish to continue with them.

**IT IS SO ORDERED.**

Dated: December 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE