United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARIUS JERMAINE MCCORD, | No. C07-05217 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Upon the petitioner demonstrating good cause for staying this action pending his exhaustion of remedies before the California Supreme Court and the Court granting the stay in this matter, GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: December 13, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE