Ivy McCray, SBN 245927
Law Offices of Ivy McCray
829 - 61st Street
Oakland, CA 94608
Tel: 510-653-4900
Fax: 510-450-0891

Attorney for Petitioner
Lavarius J. McCord

# UNITED STATES FEDERAL COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavarius McCord<br><br>v.<br><br>Warden of Calipatria, State Prison,<br><br>State of California | Case No. C07-5217 CRB<br><br>NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO LIFT STAY AND ABEYANCE OF FEDERAL HABEAS CORPUS WRIT FILED BY LAVARIUS JERMAINE McCORD |

TO ALL PARTIES AND ATTORNEYS OF RECORD

1.     NOTICE IS HEREBY GIVEN THAT Petitioner Lavarius J. McCord will and hereby does move for an order to lift the stay of his habeas corpus petition presently filed. The Court granted a stay of petitioner's writ on December 12, 2007, while his claims for relief were being reviewed by The Supreme Court of California in the case of <u>Lavarius J. McCord v. Warden of Calipatria State Prison</u>, Action No. S154343.

2.     Upon exhaustion of all state remedies, petitioner was granted the right to restore his federal petition. Petitioner now motions the Court to reinstate his writ as if it has not been tolled.

3.     Petitioner makes this motion in the time period granted by the Court. Petitioner has caused no prejudice to any party to this action by bringing this motion. Therefore,

petitioner requests the Court to lift the stay and abeyance in order to review his petition of habeas corpus.

## MEMORANDUM OF POINTS AND AUTHORITIES

**A    Motion To Restore A Federal Writ Should Be Granted If Filed in Timely Manner.**

4.    The federal court has the power to grant stays if there is a showing that a petition contains mixed claims or unexhausted claims which need to be reviewed by a state's highest court before presentment to a federal court. If not, the court may dismiss according to Rose v Lundy (1982) 455 US 509, 102 S. Ct. 1198. To avoid this harsh effect, modernly courts follow the relief granted in Rhines v. Weber, 544 US 269,125 S.Ct. 1528, which allows a petitioner the right of a stay in the federal court while review is continued in the state courts. This also prevents any prejudice of tolling against a petition filed in the federal court.

5.    However, the stay granted by a federal court must indicate when a petitioner is to raise his writ again before the federal court after disposition is made in the state court. Here, the Court granted petitioner thirty days to restore his petition after receipt of a decision by the California Supreme Court. This court entered its judgment on January 3, 2008 and was received on January 5, 2008.

6.    Notification of the court's decision had to be conveyed to petitioner who is housed at Calipatria State Prison, and can only receive such notifications by mail. Petitioner then notified counsel of his willingness to go forward with his writ in the District Court two days ago by mail.

**B.    Petitioner's Motion to Lift the Stay Reflects Due Diligence**

7.    Though the court has stayed the writ, petitioner must be earnest and timely in his actions to restore his writ, making a showing of due diligence, per Hargrove v. Brigano 300 F.3d 717. This Court has been gracious to allow petitioner the time to move the court after the state's decision. Although counsel advised petitioner that she wished to proceed with the federal writ, she still needed the petitioner to confirm the decision.

1  Petitioner has corresponded his approval.

2  8.    Petitioner brings this motion within the time allotted to lift the stay and prays the

3  Court will grant the order to proceed with review of his petition.

4  Dated: February 1, 2008                LAW OFFICES OF IVY McCRAY

6                          _____/s/_____
                           Ivy McCray, Attorney for Petitioner
7                          Lavarius J. McCord

Case 3:07-cv-05217-CRB    Document 10    Filed 02/01/2008    Page 3 of 3

Notice of Motion and Motion And Memorandum of Points and Authorities
to Lift Stay and Abeyance of Federal Habeas Corpus Writ Filed by Lavarius Jermaine Mccord    3