Ivy McCray, SBN 245927
Law Offices of Ivy McCray
829 - 61st Street
Oakland, CA 94608
Tel:  510-653-4900
Fax: 510-450-0891

Attorney for Petitioner
Lavarius J. McCord

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavarius McCord | Case No.  C07-5217 CRB |
| v. | DECLARATION OF IVY McCRAY IN SUPPORT MOTION TO LIFT STAY AND ABEYANCE OF PETITIONER'S HABEAS CORPUS WRIT |
| Warden Scribner of Calipatria, State Prison, State of California | |

I, Ivy McCray, declare as follows:

1. I am an attorney and a member of bar of this court.  I am also the attorney for Lavarius J. McCord, Petitioner.  I am familiar with all of the pleadings and proceedings in this matter.

2. I submit this declaration in support of an order to Lift the Stay and Abeyance of the Habeas Corpus Writ filed with this Court under the abstention doctrine between federal courts and state courts.

3. On December 12, 2007, an order of this court stayed the petitioner's federal writ of habeas corpus pending the disposition of his claims with the California Supreme

      Court. Attached as Exhibit A is a true and correct copy of the Court's order.

4. On January 3, 2008, the Supreme Court of California denied petitioner's state habeas petition; thereby allowing petitioner's federal habeas corpus writ to proceed for review. Attached as Exhibit B is a true and correct copy of the notice from the California Supreme Court.

5. The decision rendered by the state court had to be conveyed to petitioner, who is incarcerated in Calipatria State Prison.

6. The undersigned awaited affirmation from petitioner that he wished to proceed with his federal writ. Petitioner is allowed one telephone call a month, which he uses to speak with his parents. Therefore, petitioner had to write to counsel, who received his letter of agreement on January 30, 2008.

      I declare the foregoing is true and correct subject to perjury under the laws of the State of California. Executed this 1st day of February, 2008 at Oakland, California.

                                                 _____/s/_____
                                                        Ivy McCray