1  Ivy McCray, SBN 245927
   Law Offices of Ivy McCray
2  829 - 61st Street
   Oakland, CA 94608
3  Tel: 510-653-4900
   Fax: 510-450-0891
4

5  Attorney for Petitioner
   Lavarius J. McCord
6

7

8              UNITED STATES FEDERAL COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | Lavarius McCord                  | Case No. C07-5217 CRB
12 |                                  |
   | v.                               | ORDER TO LIFT STAY AND ABEYANCE OF
13 |                                  | PETITIONER S HABEAS CORPUS WRIT
14 |                                  |
   | Warden of Calipatria, State Prison,
15 |
   | State of California
16 |

17

18     Petitioner, Lavarius J. McCord, filed a habeas corpus petition on October 11, 2007,

19 and stayed on December 12, 2007. Petitioner now moves the court to lift the stay and

20 proceed with the review of his petition. Pursuant to an order of this court, allowing

21 petitioner to motion to restore his writ

22     IT IS ORDERED that:

23     1. The motion to lift the stay of petition s habeas corpus is GRANTED; and

24     2. Review of the petition presently filed will be proceed as of this date.

25 DATED:_____

26                                    _____

27                                    U.S. DISTRICT JUDGE

28

---

Order to Lift Stay and Abeyance of Petitioner s Habeas Corpus Writ

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28