Ivy McCray, SBN 245927
Law Offices of Ivy McCray
829 - 61st Street
Oakland, CA 94608
Tel: 510-653-4900
Fax: 510-450-0891

Attorney for Petitioner
Lavarius J. McCord

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavarius McCord | Case No. C07-5217 CRB |
| v. | ORDER TO LIFT STAY AND ABEYANCE OF PETITIONER S HABEAS CORPUS WRIT |
| Warden of Calipatria, State Prison, State of California | |

Petitioner, Lavarius J. McCord, filed a habeas corpus petition on October 11, 2007, and stayed on December 12, 2007.  Petitioner now moves the court to lift the stay and proceed with the review of his petition.  Pursuant to an order of this court, allowing petitioner to motion to restore his writ

IT IS ORDERED that:

1. The motion to lift the stay of petition s habeas corpus is GRANTED; and

2. Review of the petition presently filed will be proceed as of this date.

DATED: February 11, 2008

_____
U.S. DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*