1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

**LAVARIUS JERMAINE McCORD,**                    C 07-5217 CRB

12
                                    Petitioner,     **[PROPOSED] ORDER GRANTING**
13                                                  **RESPONDENT'S MOTION TO**
                                                    **DISMISS FOR FAILURE TO**
14              v.                                  **EXHAUST STATE REMEDIES**

**WARDEN OF CALIPATRIA STATE**
15  **PRISON,**

16                                  Respondent.

17

18          GOOD CAUSE APPEARING, respondent's motion to dismiss the petition for writ of

19  habeas corpus for failure to exhaust state remedies is granted.  28 U.S.C. § 2254(b); *Rose v. Lundy*,

20  455 U.S. 509 (1982).

21          DATED: _____

22

23

24                                    _____
                                      CHARLES R. BREYER
25                                    UNITED STATES DISTRICT JUDGE

26

27

28