IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARIUS JERMAINE MCCORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 07-05217 CRB<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO AMEND PETITION TO STRIKE UNEXHAUSTED AND REPETITIVE CLAIMS** |

　　　Lavarius Jermaine McCord ("Petitioner") filed a writ of habeas corpus petition with this Court on October 11, 2007. On April 10, 2008, Respondent moved to dismiss the petition on the ground that it contains three claims that have not been exhausted: first, that the instructions given to the jury pursuant to Cal. Penal Code 667.61 were "erroneous and void;" second, "ineffective assistance of counsel;" third, denial of pre-trial motions under Cal. Penal Code § 1538.5 and § 995. See Pet. at p.24a. Petitioner failed to present the first and third claim to the California Supreme Court; thus, they remain unexhausted. The second claim is identical to an exhausted claim that is already before this Court, namely, that Petitioner was denied his Sixth Amendment right to effective assistance of counsel by counsel's failure to adequately defend against the charges. See Pet. at p.4.

The Ninth Circuit has held that a district court may "allow petitioners to strike unexhausted claims from their petition and resubmit an amended petition including only the exhausted claims." Calderon v. U.S. Dist. Ct. for the N. Dist. of Cal., 144 F.3d 618, 620 (9th Cir. 1998). Petitioner has requested leave to amend his petition in order to strike the unexhausted and repetitive claims. Respondent agrees.

Accordingly, Petitioner's request to amend his petition to strike the unexhausted and repetitive claims is **GRANTED** and Respondent's motion to dismiss is **DISMISSED** as **MOOT**. Petitioner shall file his amended petition within 30 days of the date of this Order. Responded shall file his answer within 60 days of service of the amended petition.

**IT IS SO ORDERED.**

Dated: July 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE