**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAVARIUS JERMAINE MCCORD,

      Petitioner,

  v.

STATE OF CALIFORNIA,

           .

_____/

No. C 07-05217 CRB

**JUDGMENT**

     The Court having denied the petition for habeas corpus by Memorandum and Order filed March 25, 2009, judgment is entered in favor of respondent and against petitioner.

     **IT IS SO ORDERED.**

Dated: March 25, 2009



                    _____
                    CHARLES  R. BREYER
                    UNITED STATES DISTRICT JUDGE